UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROLAND GRAHAM,

                    Petitioner,                    20-cv-2423 (PKC)

     -against-                             ORDER

THOMAS DECKER, et al.,

                    Respondents.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        A telephonic hearing is scheduled for Friday, April 10 at 12 p.m. regarding the petitioner's application. The call-in information for this teleconference is:

        <u>Dial-in</u>: (888) 363-4749

        <u>Access Code</u>: 3667981

        SO ORDERED.

                                            P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       April 8, 2020