UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROLAND GRAHAM,

                                                                                     20-cv-2423 (PKC)

      -against-                                                      ORDER

THOMAS DECKER, <u>et al.</u>,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The action was commenced on March 19, 2020, when Roland Graham, who is represented by counsel, filed a petition for writ of habeas corpus seeking immediate release from immigration custody based on the health risks posed by the Covid-19 pandemic. In an Opinion and Order of April 13, 2020, the Court denied Graham's motion for preliminary injunctive relief. (Docket # 24.) No party has thereafter filed any submission in this case.

        Within seven days, plaintiff shall advise the Court in writing of what steps ought to be taken to bring this proceeding to a conclusion, or, alternatively, whether he wishes to voluntarily dismiss the petition without prejudice.

        SO ORDERED.

                                                                       P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
           September 29, 2020